**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com

*Attorneys For Miriam Equities, LLC*

Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**MAYER GINDI,**

     Debtor.

Case No.: 20-13660

Chapter 13

Judge:  Michael B. Kaplan

## ORDER  VACATING DISMISSAL AND ANNULLING THE AUTOMATIC STAY AND VALIDATING THE SHERIFF SALE OF REAL PROPERTY KNOWN AS 1447 KIMBERLY DRIVE, LAKEWOOD, NJ  PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9024  11 U.S.C. 362(d)

    The relief set forth on the following page, numbered two (2) is hereby

**ORDERED**.

**DATED: July 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page** 2 of 2
Debtor:  Mayer Gindi
Case No.:  20-16330
Caption of Order:    Order Vacating Dismissal and Annulling Automatic Stay *Nunc Pro Tunc* and
Validating March 3, 2020 Sheriff Sale of Real Property Known as 1447 Kimberly Drive,
Lakewood, NJ

---

This matter having been opened to the Court upon the motion of Garden Trading Group, Inc.; and good and sufficient cause having been shown,

IT IS ORDERED AS FOLLOWS:

1. Dismissal of this proceeding is hereby vacated pursuant to Federal Rule of Bankruptcy Procedure 9024.

2. The automatic stay of 11 U.S.C. § 362(a) (the "Automatic Stay") is hereby annulled effective as of the date and time of the filing of the Chapter 13 petition of the Debtor.

3. The sheriff sale of the real property of the Debtor, Mayer Gindi, known as 1447 Kimberly Drive, Lakewood, Ocean County, New Jersey, and also known as Block 25, Lot 47 on the tax map of Lakewood Township, Ocean County, New Jersey, which occurred on March 3, 2020 pursuant to the foreclosure action in the Superior Court of New Jersey, Ocean County, Chancery Division, Docket Number F-33720-07, (the "Sale"), is hereby declared and determined to have been conducted without having been stayed or in any manner affected by the Automatic Stay.

4. The filing of the Chapter 13 case of the Debtor has no effect upon the validity of the Sale and the Ocean County Sheriff shall proceed to collect the balance of the purchase price and deliver the deed to Miriam Equities, LLC which deed shall have the same, validity and effect as though the Chapter 13 case of the Debtor had never been filed.